# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:   :
         :
         :
**KEITH BRADFORD**   :
         :
    Debtor(s)   :   Bankruptcy No. 15-14788 ELF

## ORDER

**AND NOW,** this 18th day of July 2017, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

**ORDERED,** that the wage order previously entered in this case, directing **SEPTA** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
**HONORABLE ERIC L. FRANK**
**BANKRUPTCY JUDGE**

cc:   **Debtor**
**Keith A. Bradford**
629 Fanshawe Street
Philadelphia, PA 19111

**Debtor's Employer**
SEPTA
1234 Market Street
Phila., Pa. 19107

**Debtor's Counsel**
**JOHN L. MCCLAIN**
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105