United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Keith A. Bradford
    Debtor

Case No. 15-14788-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Oct 17, 2017
                       Form ID: 138NEW    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
```
db           +Keith A. Bradford,   629 Fanshawe Street,   Philadelphia, PA 19111-4713
13558254     +Central Finl Control,   Po Box 66044,   Anaheim, CA 92816-6044
13558255     +Consumer Portfolio Svc,   Attn:Bankruptcy,   19500 Jamboree Rd,   Irvine, CA 92612-2411
13558256     +ER Solutions/Convergent Outsourcing, INC,   PO Box 9004,   Renton, WA 98057-9004
13558257     +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13558258     +Keith A. Bradford,   105 Dewey Road,   Cheltenham, PA 19012-1305
13558259    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
                Lewisville, TX 75067)
13558260     +PGW,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13558261     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
13574896     +SANTANDER CONSUMER USA INC.,   P.O. BOX 560284,   DALLAS, TX 75356-0284
13558262     +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
13558263     +Shapiro Dicaro & Barak, LP,   3600 Horizon Dr., Ste 150,   King of Prussia, PA 19406-4702
13572431     +The Bank of New York Mellon et.al.,   Nationstar Mortgage, LLC,   P.O. Box 619096,
                Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Oct 18 2017 01:42:07     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:41:25
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2017 01:41:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13652568     +E-mail/Text: bankruptcy@phila.gov Oct 18 2017 01:42:07
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13605338     +E-mail/Text: bankruptcy@consumerportfolio.com Oct 18 2017 01:41:43
               CONSUMER PORTFOLIO  SERVICES , INC.,   PO BOX 57071,   IRVINE, CA 92619-7071
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
```
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon as Trustee for
           Nationstar Home Equity Loan Trust 2007-A bkgroup@kmllawgroup.com
          JOHN L. MCCLAIN    on behalf of Debtor Keith A. Bradford aaamcclain@aol.com, edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon as Trustee for
           Nationstar Home Equity Loan Trust 2007-A bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon as Trustee for
           Nationstar Home Equity Loan Trust 2007-A bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
           pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Oct 17, 2017
                               Form ID: 138NEW             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon as Trustee for Nationstar Home Equity Loan Trust 2007-A tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Keith A. Bradford
    Debtor(s)

Bankruptcy No: 15−14788−elf
Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 10/17/17

80 − 79
Form 138_new