United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-14788-elf
Keith A. Bradford                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Dec 08, 2017
                              Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
db             +Keith A. Bradford,    629 Fanshawe Street,    Philadelphia, PA 19111-4713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
      CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon as Trustee for
       Nationstar Home Equity Loan Trust 2007-A bkgroup@kmllawgroup.com
      JOHN L. MCCLAIN    on behalf of Debtor Keith A. Bradford aaamcclain@aol.com,   edpabankcourt@aol.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon as Trustee for
       Nationstar Home Equity Loan Trust 2007-A bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon as Trustee for
       Nationstar Home Equity Loan Trust 2007-A bkgroup@kmllawgroup.com
      PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
       pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon as Trustee for Nationstar
       Home Equity Loan Trust 2007-A tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Keith A. Bradford                                          : Case No. 15−14788−elf

       Debtor(s)

***ORDER***
_____

AND NOW, this day , December 8, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

86
Form 195